**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-6047**

ROY GAREY LINDSEY,

Plaintiff - Appellant,

versus

STEPHEN BENJAMIN; WILLIAM E. GUNN; TYRONE MURRAY,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Matthew J. Perry, Jr., Senior District Judge. (CA-01-4210)

Submitted: April 17, 2003          Decided: April 23, 2003

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roy Garey Lindsey, Appellant Pro Se. Andrew Frederick Lindemann, DAVIDSON, MORRISON & LINDEMANN, P.A., Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roy Garey Lindsey appeals the district court's orders accepting the recommendation of the magistrate judge and granting Defendants' motions for summary judgment in this 42 U.S.C. § 1983 (2000) action, and denying in part and granting in part Lindsey's motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Lindsey v. Benjamin, No. CA-01-4210 (D.S.C. Sept. 27, 2002; Dec. 9, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED